IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUAN ISMAEL BONILLA BUSTILLO, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-299 |
| KRISTI NOEM, et al., | * | |
| Respondents. | * | |
| | * | |

\*\*\*

## ORDER

The Court is in receipt of the Parties' Joint Notice filed January 29, 2026 (ECF No. 6). The Parties advise that the factual and legal issues in this case do not differ materially from those in Velasquez v. Noem, No. GLR-25-3215, 2025 WL 3003684 (D.Md. Oct. 27, 2025), Villanueva Funes v. Noem, No. TDC-25-3860, 2026 WL 92860 (D.Md. Jan. 13, 2026), and Leal-Hernandez v. Noem, No. JRR-25-2428, 2025 WL 2430025 (D.Md. Aug. 24, 2025). (Joint Notice at 1, ECF No. 6).[1] In Velasquez, Villanueva Funes, and Leal-Hernandez, the habeas petitions concerned whether a noncitizen who is present in the United States without inspection or admission is subject to mandatory detention without bond under 8 U.S.C. § 1225(b) or discretionary detention with the possibility of bond under 8 U.S.C. § 1226(a). Velasquez, 2025 WL 3003684, at *4–7; Villanueva Funes, 2026 WL 92860, at *4; Leal-Hernandez, 2025 WL 2430025, at *8. Respondents Kristi Noem, Todd

---

[1] Unless otherwise noted, citations to the page numbers refer to the pagination assigned by the Court's Case Management/Electronic Case Files ("CM/ECF") system.

M. Lyons, Jeremy Bacon, and Pamela Bondi ask to incorporate their briefings in those cases in lieu of further briefing. (Joint Notice at 1). The Parties also request that the Court decide this case without a hearing. (Id. at 2).

The Court finds that the facts and legal issues of this case are not materially different from those presented in Velasquez, Villanueva Funes, and Leal-Hernandez and will not require further briefing from the Parties. The Court incorporates by reference the analyses in those cases and based on the reasonings therein, will grant Petitioner Juan Ismael Bonilla Bustillo's Petition for Writ of Habeas Corpus (ECF No. 1). See Velasquez, 2025 WL 3003684, at *4–7; Villanueva Funes, 2026 WL 92860, at *4 (citing Maldonado v. Baker, No. TDC-25-3084, 2025 WL 2968042, at *8–10 (D.Md. Oct. 21, 2025)); Leal-Hernandez, 2025 WL 2430025, at *8–10. Accordingly, it is this 30th day of January, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that the teleconference hearing scheduled for January 30, 2026 at 11:00 a.m. is CANCELLED;

IT IS FURTHER ORDERED that Bonilla Bustillo's Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED in that:

1. Respondents are ENJOINED from detaining Bonilla Bustillo under 8 U.S.C. § 1225(b).

2. Within fourteen (14) days of the date of this Order, Bonilla Bustillo shall be AFFORDED a bond hearing before an Immigration Judge ("IJ") under 8 U.S.C. § 1226(a).

3. The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.l, and Respondents shall PROVIDE Bonilla Bustillo with any other process due to him under these provisions.

4. The bond hearing may be conducted by an IJ with jurisdiction or administrative control over Bonilla Bustillo's detention; the bond hearing need not take place in Maryland.

5. If Bonilla Bustillo is granted bond and released, Bonilla Bustillo may be subject to reasonable conditions as determined by an IJ.

6. Bonilla Bustillo shall FILE a status report with the Court if no bond hearing is held within fourteen (14) days of his filing of a motion for a bond hearing with the Immigration Court.

IT IS FURTHER ORDERED that Bonilla Bustillo's Petition (ECF No. 1) is DENIED as to any further relief he seeks at this time;

IT IS FURTHER ORDERED that Bonilla Bustillo's request for attorney's fees and costs is DENIED;

IT IS FURTHER ORDERED that the Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this order to all counsel of record.

/s/
George L. Russell, III
Chief United States District Judge